# Fourth Department, April, 1983

## (April 1, 1983)

■ The People of the State of New York, Respondent, v Anthony Bertino, Appellant. — Judgment unanimously affirmed. Memorandum: From our review of the entire record, including the evidence submitted by the defense, we conclude that there is sufficient proof to sustain defendant's conviction of resisting arrest (Penal Law, § 205.30). His arrest was authorized since the police had reasonable cause to believe that he had committed the crime of reckless endangerment (see CPL 140.10, subd 1, par [b]; Penal Law, § 120.20). His later acquittal of this charge is of no consequence (see *People v Williams,*

25 NY2d 86, 89-90). Defendant's own testimony established that he was informed of the reason for his arrest (CPL 140.15, subd 2) and supplied any alleged deficiency in the People's proof (see *People v Kirkpatrick,* 32 NY2d 17, 21, app dsmd 414 US 948; *People v Farina,* 290 NY 272, 274). Defendant's remaining contentions are without merit. (Appeal from judgment of Ontario County Court, Reed, J. — criminal mischief, third degree, and resisting arrest.) Present — Dillon, P. J., Doerr, Boomer, Moule and Schnepp, JJ.